STATE OF NEBRASKA, APPELLEE, v. HORACE MYLES, APPELLANT.

210 N. W. 2d 927

Filed October 5, 1973. No. 38837.

Frank B. Morrison, Sr., and Bennett G. Hornstein, for appellant.

Clarence A. H. Meyer, Attorney General, and James J. Duggan, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

NEWTON, J.

On trial to a jury, defendant was convicted of unlawfully entering a bank and of shooting with intent to kill, wound, or maim. The only assignment of error challenges the sufficiency of the evidence to sustain the verdict.

The record discloses the uncontradicted identification of defendant as a participant by two eyewitnesses. The evidence is sufficient. See Rule 20.

The judgment of the District Court is affirmed.

AFFIRMED.

CLINTON, J., concurs in the result.